```
                              IT IS HEREBY ADJUDGED
                              and DECREED this is SO
                              ORDERED.
                              The party obtaining this order is responsible for
                              noticing it pursuant to Local Rule 9022-1.       

1   Paul M. Levine  (007202)   Dated: April 28, 2009
2   Matthew A Silverman  (018919)
    **McCarthy ◆ Holthus ◆ Levine**
3   3636 North Central Avenue
    Suite 1050                   _____
4   Phoenix, AZ  85012
                                  **RANDOLPH J. HAINES**
5   (602) 230-8726                 **U.S. Bankruptcy Judge**
                                  _____
6   Attorneys for Movant,
    U.S. Bank National Assciation, as Trustee relating to JP Morgan Mortgage Acquisition Corp
7   2005-FRE1 Asset Backed Passed-Through Certificates Series 2005-FRE1, its assignees and/or
    successors
8
```

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# YUMA DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
| | ) |
| Ronald Darryl Tanner, | ) Chapter 7 |
| Kelly Ruth Tanner, | ) Case No. 0:09-bk-05310-RJH |
| | ) |
| Debtors. | ) |
| _____ | ) **ORDER TERMINATING** |
| U.S. Bank National Assciation, as Trustee | ) **AUTOMATIC STAY** |
| relating to JP Morgan Mortgage Acquisition | ) |
| Corp 2005-FRE1 Asset Backed Passed- | ) |
| Through Certificates Series 2005-FRE1, its | ) |
| successors and/or assigns, | ) |
| Movant, | ) |
| v. | ) |
| Ronald Darryl Tanner, Kelly Ruth Tanner, | ) |
| Debtors; and William E. Pierce, Chapter 7 | ) |
| Trustee, | ) |
| Respondents. | ) |
| _____ | ) |

| | |
|---|---|
| 1 | |
| 2 | U.S. Bank National Assciation, as Trustee relating to JP Morgan Mortgage Acquisition Corp 2005-FRE1 Asset Backed Passed-Through Certificates Series 2005-FRE1 its assignees and/or successors and the servicing agent, Litton Loan Servicing ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing, |

U.S. Bank National Assciation, as Trustee relating to JP Morgan Mortgage Acquisition Corp 2005-FRE1 Asset Backed Passed-Through Certificates Series 2005-FRE1 its assignees and/or successors and the servicing agent, Litton Loan Servicing ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 1703 Atlantic Ave, Kingman, AZ 86401, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE